UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

**Carmela Sheehan,**

        Plaintiff,

-vs-

**J.C. Penny Corporation, Inc.,**

        Defendant.

------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 0 7 2005 ★
BROOKLYN OFFICE

**ORDER OF DISCONTINUANCE**

CV- 04-2114(FB)(JA)

It having been reported to the Court that the above action has been settled, it is

ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
         July 6, 2005

# GEORGE F. SACCO
ATTORNEY AT LAW
811 CASTLETON AVENUE, SUITE 200
STATEN ISLAND, NEW YORK 10310-1804
Tel 718.727.2400
Fax 718.420.9030
email: gsaccolaw@aol.com

ORIGINAL

LONG ISLAND OFFICE
204 WILLIS AVENUE
MINEOLA, NEW YORK 11501
Tel 516.248.6793
Fax 516.248.2897

July 5, 2005

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Attention: Hon. Frederic Block

Re: Sheehan v. J. C. Penny Corporation
Date of Loss: July 12, 2003
Case o: CV4-2114(FB)
Our File No: PM4217Y

Dear Judge Block:

This is to confirm that the above referenced matter has been settled for the total sum of $5,000.00 which has been approved by our clients wherein they are to receive $3,000.00 and the balance of $2,000.00 is to be paid to counsel.

We have advised defense counsel of the settlement by e mail and fax of this letter.

Thank you for your efforts to resolve this case.

Respectfully submitted,

GEORGE F. SACCO

GFS/zp

CC: Thomas G. Darmody (TGD-8368)
Mintzler, Sarowitz, Zeris, Ledva & Meyers
39 Broadway, Suite 950
New York, New York 10006
via fax # 212-968-9840